**2002–1400.   Gass v. Auto–Owners Ins. Co.**

Lucas App. No. L–02–1032, 2002-Ohio-3966. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2001–1786, *Lemm v. The Hartford,* Franklin App. No. 01AP–251; briefing schedule stayed.

RESNICK, J., not participating.

**2002–1454.   State ex rel. Weist v. Cuyahoga Cty. Bd. of Commrs.**

In Mandamus. Sua sponte, alternative writ granted and cause consolidated with 2002–1455, infra.

**2002–1455.   State ex rel. Weist v. Mason.**

In Mandamus. Sua sponte, alternative writ granted and cause consolidated with 2002–1454, supra.

**2002–1558.   State v. Maggy.**

Medina App. No. 3127–M, 2001-Ohio-1368. On motion for leave to file delayed appeal. Motion denied.

**2002–1585.   State v. Colvin.**

Butler App. No. CA94–04–092. On motion for leave to file delayed appeal. Motion denied.

**2002–1595.   State v. Severns.**

Knox App. No. 01CA23, 2002-Ohio-3685. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2002–1596.   State v. Boddie.**

Allen App. No. 12–00–072, 2001-Ohio-2261. On motion for leave to file delayed appeal. Motion denied.

**2002–1598.   State v. Needham.**

Hamilton App. No. C–010175. On motion for leave to file delayed appeal. Motion denied.

LUNDBERG STRATTON, J., dissents.

**2002–1603.   State v. Barry.**

Hamilton App. No. C–010629. On motion for leave to file delayed appeal. Motion denied.

PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2002–1606.   State v. Robinson.**

Union App. No. 14–02–01, 2002-Ohio-2714. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2002–1609.   State v. Young.**

Stark App. No. 1999CA00122. On motion for leave to file delayed appeal. Motion denied.

**2002–1647.   Nyamusevya v. Dr. T.C. Hobbs & Assoc., Inc.**

Franklin App. No. 02AP–782. On motion for stay of court of appeals' judgment. Motion denied.